UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SERKAN BUBAY, )
      Plaintiff, )
)
v. )
) Case No.: 2:15-cv-03363-KSH-CLW
CENTRAL CREDIT SERVICES, LLC, )
      Defendants. )
)
)
)

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| /s/ Ross S. Enders | /s/ Amy L. Bennecoff Ginsburg |
| Ross S. Enders | Amy L. Bennecoff Ginsburg (AB 0891) |
| Sessions, Fishman, Nathan & Israel, L.L.C. | Kimmel & Silverman, P.C. |
| 2303 Oxfordshire Road | 1930 E. Marlton Pike, Suite Q 29 |
| Furlong, PA 18925 | Cherry Hill, NJ 08003 |
| Phone: (215) 794-7207 | Phone: (856) 429-8334 |
| Fax: (215) 794-5079 | Fax: (856) 216-7344 |
| Email: renders@sessions.legal | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: October 1, 2015 | Date: October 1, 2015 |

BY THE COURT:

_/s/ Katharine S. Hayden_
USDJ

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 1st day of October, 2014:

>Ross S. Enders, Esq.
>Sessions, Fishman, Nathan & Israel, L.L.C.
>2303 Oxfordshire Road
>Furlong, PA 18925
>renders@sessions.legal

>/s/ Amy L. Bennecoff Ginsburg
>Amy L. Bennecoff Ginsburg (AB 0891)
>Kimmel & Silverman, P.C.
>1930 E. Marlton Pike, Suite Q 29
>Cherry Hill, NJ 08003
>Phone: (856) 429-8334
>Fax: (856) 216-7344
>Email: aginsburg@creditlaw.com
>Attorney for the Plaintiff